**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FEDERICO RAMIREZ, #11593051 | § | |
| VS. | § | CIVIL ACTION NO. 2:04cv273 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Respondent's motion to dismiss (dkt.#12). No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Respondent's motion to dismiss (dkt.#12) is **DENIED**; and

**ORDERS** that Respondent has thirty days from receipt of this Order in which to respond substantively to Petitioner's claims.

SIGNED this 30th day of January, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE